## OKLAHOMA NATURAL GAS CORPORATION v. DUFFEY.

No. 24536. Nov. 20, 1934.

Allen, Underwood & Canterbury and, Paul Pinson, for plaintiff in error.

A. M. Widdows, for defendant in error.

OSBORN, J. An examination of the record discloses that the issues of law and fact in the above styled and numbered cause are identical with those in cause No. 23205, Oklahoma Natural Gas Corporation v. Joe Douglas (this day decided), 170 Okla. 284, 39 P. (2d) 578.

Accordingly, the judgment of the trial court is affirmed.

RILEY. C. J., CULLISON, V. C. J., and SWINDALL, McNEILL, BAYLESS, and WELCH, JJ., concur. ANDREWS and BUSBY, JJ., absent.

## OKLAHOMA NATURAL GAS CORPORATION v. GRIER.

No. 24537. Nov. 20, 1934.

Allen, Underwood & Canterbury and Paul Pinson, for plaintiff in error.

A. M. Widdows, for defendant in error.

OSBORN, J. An examination of the record discloses that the issues of law and fact in the above styled and numbered cause are identical with those in cause No. 23205, Oklahoma Natural Gas Corporation v. Joe Douglas (this day decided), 170 Okla. 284, 39 P. (2d) 578.

Accordingly, the judgment of the trial court is affirmed.

RILEY, C. J., CULLISON, V. C. J., and SWINDALL, McNEILL, BAYLESS, and WELCH, JJ., concur. ANDREWS and BUSBY, JJ., absent.

## OKLAHOMA NATURAL GAS CORPORATION v. HUDSON and four other cases.

Nos. 25621-25625. Nov. 20, 1934

Rehearing Denied Jan. 14, 1935.

Allen, Underwood & Canterbury and Paul Pinson, for plaintiff in error.

Bailey E. Bell, for defendants in error.

OSBORN, J. An examination of the record discloses that the issues of law and fact in the above styled and numbered causes are identical with those in cause No. 23205, Oklahoma Natural Gas Corporation v. Joe Douglas (this day decided), 170 Okla. 284, 39 P. (2d) 578.

Accordingly, the judgment of the trial court is affirmed.

RILEY, C. J., CULLISON, V. C. J., and SWINDALL, McNEILL, BAYLESS, and WELCH, JJ., concur. ANDREWS and BUSBY, JJ., absent.